UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIS STANFIELD,

    Petitioner,

v.       Case No. 09-20300
    10-10750
    Hon. Lawrence P. Zatkoff

UNITED STATES OF AMERICA,

    Respondent.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on Magistrate Judge Scheer's Report and Recommendation [dkt 24], in which the Magistrate Judge recommends that the Court deny Petitioner's motion to vacate, set aside, or correct sentence [dkt 18]. Neither party has filed an objection to the Report and Recommendation, and the time period in which to do so has elapsed.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to vacate, set aside, or correct sentence [dkt 18] is DENIED.

IT IS SO ORDERED.

        S/Lawrence P. Zatkoff
        LAWRENCE P. ZATKOFF
        UNITED STATES DISTRICT JUDGE

Dated: August 2, 2010

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 2, 2010.

        S/Marie E. Verlinde
        Case Manager
        (810) 984-3290